IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN H. DAVIS,

    Plaintiff,

  v.

CIPHERTRUST INC,

    Defendant.

                                                      /

No. C 05-04508 CRB

**ORDER**

    Now before the Court is plaintiff's Motion for Remand. For the reasons stated in open court, the motion is DENIED. Defendant has submitted sufficient evidence to satisfy its burden of proving by a preponderance of the evidence that the amount in controversy exceeds $75,000.

**IT IS SO ORDERED.**

Dated: January 6, 2006

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4508\orderreremand.wpd