1  Gary W. Nugent (State Bar No. 156015)
   gnugent@jonesday.com
2  Mercedes J. Caravello (State Bar No. 231033)
   mcaravello@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
6
   Attorneys for Defendant
7  CIPHERTRUST, INC.

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   STEPHEN H. DAVIS,                    Case No. C 05 4508 CRB
12
                  Plaintiff,            **NOTICE OF PENDING**
13                                      **SETTLEMENT AND REQUEST TO**
         v.                             **RESCHEDULE CASE**
14                                      **MANAGEMENT CONFERENCE**
   CIPHERTRUST, INC. and DOES 1-10,
15
                  Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

LAI-2246473v1                           NOTICE OF PENDING SETTLEMENT; REQ
                                        TO RESCHED CMC C 05 4508 CRB

1.     1.    This case is scheduled for a Case Management Conference on June 9, 2006 at 8:30 a.m. in Dept. 8 before the Honorable Charles R. Breyer.

2.    The parties have reached agreement on the terms of a settlement which will dispose of all claims and cross-claims in this action. The parties are in the process of completing the settlement documentation and expect to file a Notice of Dismissal within thirty to sixty days.

3.    The parties request that the CMC scheduled for June 9, 2006 at 8:30 a.m. be taken off calendar or rescheduled to allow the parties time to complete the settlement and file a Notice of Dismissal.

Dated: June 7, 2006            JONES DAY

/s/
Gary W. Nugent
Attorneys for Defendant CipherTrust, Inc.

Dated: June 7, 2006

/s/
Kyra Subbotin
Attorney for Plaintiff Stephen H. Davis

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 8, 2006