1 | Gary W. Nugent (State Bar No. 156015)
2 | gnugent@jonesday.com
  | Mercedes J. Caravello (State Bar No. 231033)
3 | mcaravello@jonesday.com
  | JONES DAY
4 | 555 South Flower Street
  | Fiftieth Floor
5 | Los Angeles, CA 90071-2300
  | Telephone: (213) 489-3939
6 | Facsimile: (213) 243-2539

7 | Attorneys for Defendant
  | CIPHERTRUST, INC.

RECEIVED 06 JUN 30 AM 11:48 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN H. DAVIS,              | Case No. C 05 4508 CRB     |
|                                 |                            |
|          Plaintiff,             | **STIPULATION OF DISMISSAL** |
|                                 |                            |
|     v.                          |                            |
|                                 |                            |
| CIPHERTRUST, INC. and DOES 1-10,|                            |
|                                 |                            |
|          Defendants.            |                            |



FAXED

LAI-2238540v1

STIPULATION OF DISMISSAL C 05 4508 CRB

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).
4  Dated: June 26, 2006

*[signature]*
Kyra Subbotin
Attorney for Plaintiff Stephen H. Davis

9  Dated: June 29, 2006

*[signature]*
Gary W. Nugent
Attorneys for Defendant CipherTrust, Inc.

IT IS SO ORDERED

*[signature]*
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
July 05, 2006
DATE

LAI-2238540v1

STIPULATION OF DISMISSAL C 05 4508 CRB